Form asgnclmw

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:10−bk−03850**
**Chapter 13**

In re:
   MAURICE HITE
   2783 RIDGEPOLE DR
   CLARKSVILLE, TN 37040

Social Security No.:
   xxx−xx−4348

Employer's Tax I.D. No.:

## NOTICE OF TRANSFER OF CLAIM

Pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, you are notified that the following Transfer of claim has been made:

Notice of Transfer of Claim(s): Transfer Agreement 3001 (e) 2 Transferor: Bayview Loan Servicing, LLC (Claim No. 2) To Kondaur Capital Corporation (RE: related document(s)[34], [35]) (rmw)

This is based on information provided the Clerk by the Transferee. The Transfer has been noted on the Claims Register of the above named Debtor(s).

                                      MATTHEW T. LOUGHNEY
                                      Clerk

                                      BY: /s/ rmw
                                      Deputy Clerk

Dated: 12/6/10