Form asgnclmw

# United States Bankruptcy Court
MIDDLE DISTRICT OF TENNESSEE
Case No. **3:10−bk−03850**
**Chapter 13**

In re:
   MAURICE HITE
   2783 RIDGEPOLE DR
   CLARKSVILLE, TN 37040

Social Security No.:
   xxx−xx−4348

Employer's Tax I.D. No.:

## NOTICE OF TRANSFER OF CLAIM

Pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, you are notified that the following Transfer of claim has been made:

Notice of Transfer of Claim(s): Transfer Agreement 3001 (e) 2 Transferor: Kondaur Capital Corporation (Claim No. 2) To Thayer Properties, Inc. (RE: related document(s)[40]) (rmw)

This is based on information provided the Clerk by the Transferee. The Transfer has been noted on the Claims Register of the above named Debtor(s).

                                            MATTHEW T. LOUGHNEY
                                            Clerk

                                            BY: /s/ rmw
                                            Deputy Clerk

Dated: 12/15/10