Form asgnclmw

# United States Bankruptcy Court
MIDDLE DISTRICT OF TENNESSEE
Case No. **3:10−bk−03850**
**Chapter 13**

In re:
    MAURICE HITE
    2783 RIDGEPOLE DR
    CLARKSVILLE, TN 37040

Social Security No.:
    xxx−xx−4348

Employer's Tax I.D. No.:

## NOTICE OF TRANSFER OF CLAIM

Pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, you are notified that the following Transfer of claim has been made:

Notice of Transfer of Claim(s): Transfer Agreement 3001 (e) 2 Transferor: Thayer Properties, Inc. (Claim No. 2) To West Coast Servicing, Inc. (RE: related document(s)[43]) (rmw)

This is based on information provided the Clerk by the Transferee. The Transfer has been noted on the Claims Register of the above named Debtor(s).

                      MATTHEW T. LOUGHNEY
                      Clerk

                      BY: /s/ rmw
                      Deputy Clerk

Dated: 1/4/11