UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

IN RE: : CASE NO: 10-03850-KML
: CHAPTER: 13
:
MAURICE HITE :
    Debtor :
:

## NOTICE OF TRANSFER OF CLAIM

COMES NOW, Asset Management West 17, its successors or assigns, (hereinafter collectively referred to as "Movant") by and through undersigned counsel, and pursuant to Bankruptcy Rule 3001, hereby provides Notice of the Transfer of Claim and would show:

1.

Bayview Loan Servicing, LLC filed claim Number 2 in the amount of $135,595.00, with an arrearage claim of $11,262.01.

2.

The claim was transferred from Bayview Loan Servicing, LLC to Kondaur Capital Corporation on December 6, 2010. The claim was transferred from Kondaur Capital Corporation to Thayer Properties, Inc on December 10, 2010. The claim was transferred from Thayer Properties, Inc to West Coast Servicing, Inc on January 4, 2011.

3.

This claim has now been transferred from West Coast Servicing, Inc to Asset Management West 17.

3.

All disbursements from the Chapter 13 Trustee, and all notices, should henceforth reference **Loan # XXXXXX1555** and be sent to Asset Management West 17 at the following address:

Asset Management West 17
18831 Von Karman Avenue, Suite 380
Irvine, CA 92612

Respectfully submitted,

/s/ Natalie Brown
Natalie Brown
Attorney for WEST COAST,
its successors or assigns
TN BPR No. 022452

Rubin Lublin Suarez Serrano, LLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com

# CERTIFICATE OF SERVICE

I, Natalie Brown of Rubin Lublin Suarez Serrano, LLC certify that on the 23rd day of November, 2011, I caused a copy of the foregoing to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

MAURICE HITE
2783 Ridgepole Dr
Clarksville, TN 37040

Mark Richard Podis, Esq.
Mark Podis & Associates
1161 Murfreesboro Road, Suite 300
Nashville, TN 37217

HENRY EDWARD HILDEBRAND, III, Trustee
OFFICE OF THE CHAPTER 13 TRUSTEE
PO Box 190664
Nashville, TN 37219-0664

United States Trustee - Nashville
Office of the United States Trustee
701 Broadway, Suite 318
Nashville, TN 37203


I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on 11/23/11        By: /s/Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin Suarez Serrano, LLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com