Form asgnclmw

# United States Bankruptcy Court
MIDDLE DISTRICT OF TENNESSEE
Case No. **3:10−bk−03850**
**Chapter 13**

In re:
    MAURICE HITE
    2783 RIDGEPOLE DR
    CLARKSVILLE, TN 37040

Social Security No.:
    xxx−xx−4348

Employer's Tax I.D. No.:

## NOTICE OF TRANSFER OF CLAIM

Pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, you are notified that the following Transfer of claim has been made:

Notice of Transfer of Claim(s): Transfer Agreement 3001 (e) 2 Transferor: West Coast Servicing, Inc. (Claim No. 2) To Asset Management West 17 (RE: related document(s)52, 54) (aan)

This is based on information provided the Clerk by the Transferee. The Transfer has been noted on the Claims Register of the above named Debtor(s).

                                      MATTHEW T LOUGHNEY
                                      Clerk

                                      BY: /s/ aan
                                      Deputy Clerk

Dated: 12/20/11